JC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Navneet Kaur,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-01971-PHX-JCH (JFM)

**ORDER**

On March 23, 2026, Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") challenging her immigration detention at the Eloy Detention Center. (Doc. 1.) The Court ordered Respondents to show cause why it should not grant the Petition. (Doc. 6.) Respondents responded, asserting Petitioner is not subject to a final order of removal. (Doc. 8.) In her Reply filed April 2, 2026, Petitioner asserts neither party appealed the Immigration Judge's October 15, 2025 order of removal and it is therefore administratively final. (Doc. 9 at 2.) A search of ICE's Online Detainee Locator System by Petitioner's name and A-number returned no matching records, and the Executive Office for Immigration Review's automated case information system returned no case information for her. The Court will therefore direct Respondents to file a status report on whether Petitioner remains in custody.

Accordingly,

**IT IS ORDERED** that within **seven days** from the date of this Order, Respondents shall file a status report addressing whether Petitioner remains in immigration custody. If

Petitioner is no longer in custody, the status report shall state the date she was released or removed and, if removed, the country to which she was removed. If Petitioner remains in custody, the status report shall state whether either party appealed the Immigration Judge's October 15, 2025 decision to the Board of Immigration Appeals and, if so, the date the appeal was filed and its current status. The status report shall be supported by documentary evidence.

Dated this 5th day of October, 2026.

John C. Hinderaker
United States District Judge