**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Navneet Kaur,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-01971-PHX-JCH (JFM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) The Petition was fully briefed by April 2, 2026. (*See* Docs. 8 (Response), 9 (Reply).) On October 5, 2026, the Court ordered Respondents to file a status update indicating whether Petitioner remains in immigration custody. (Doc. 10.) The following day, Respondents filed this Status Update: "Petitioner was released on May 15, 2026. This Petition (Doc. 1) is now MOOT." (Doc. 11.)

Because Petitioner is no longer in custody, the Court agrees that the Petition is moot, *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007), and will dismiss this action as moot.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

Accordingly,

**IT IS ORDERED dismissing as moot** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case.

**IT IS FURTHER ORDERED directing** the Clerk of the Court deny any pending motions as moot, enter judgment accordingly, and close this case.

Dated this 9th day of October, 2026.

John C. Hinderaker
United States District Judge